1  AARON D. FORD
      Attorney General
2  LEO T. HENDGES (Bar No. 16034)
      Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way
   Suite 100
5  Las Vegas, Nevada 89119
   (702) 486-3795 (phone)
6  (702) 486-3768 (fax)
   Email: lhendges@ag.nv.gov
7
   *Attorneys for Interested Party*
8  *Nevada Department of Corrections*

9              UNITED STATES DISTRICT COURT

10                DISTRICT OF NEVADA

11 JOSEPH PEREZ,                        Case No. 2:23-cv-01029-JAD-EJY

12              Plaintiff,

13 v.                                   **STIPULATION AND ORDER TO
                                         DISMISS WITH PREJUDICE**
14 JAMES DZURENDA, *et al.*,

15              Defendants.             ECF No. 20

16

17

18       IT IS HEREBY STIPULATED by and between Plaintiff, Joseph Perez on the one

19 hand, and Interested Party Nevada Department of Corrections on behalf of all

20 Defendants listed in ECF No. 1, by and through counsel, Aaron D. Ford, Nevada Attorney

21 General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada,

22 Office of the Attorney General, on the other hand under Rule 41(a)(1)(A)(ii), Federal

23 Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice,

24 with each party bearing their own attorney's fees and costs.

25

26

27

28

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 5th February 25 day of ~~August, 2024.~~

By: /s/ Joseph Perez
Joseph Perez
Plaintiff

DATED this 23rd day of August, 2024

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE
2/11/25